UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF:              )
                               )
                               )
JAMES ARTHUR CLAMPITT          )    4: 13 MC 154 CDP
                               )
                               )
                               )

### ORDER

This Court has been advised by receipt of a certified copy of the March 14, 2013 order of discipline of the Supreme Court of Missouri, entered in **In re: James Arthur Clampitt**, Cause No. 93167, that James Arthur Clampitt has been suspended from the practice of law by the Supreme Court of Missouri.

James Arthur Clampitt has been admitted to practice before this Court. His right to practice initially was suspended by the Supreme Court of Missouri on March 14, 2013 pending the final disposition of disciplinary proceedings before that Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated April 3, 2013 directing James Arthur Clampitt to show cause in writing within thirty days after service of that order why the discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served by certified mail at Respondent's last known address on or about April 9, 2013. Respondent has failed to file a response within the time set by the Court's order, although a letter was filed purportedly on Respondent's behalf by his spouse. [Doc. #4] This Court now finds that the discipline ordered by the Supreme Court of Missouri should be imposed on James Arthur Clampitt pursuant to the rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that James Arthur Clampitt is suspended from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 29th day of May, 2013.

**BY THE COURT:**

_____
Chief Judge Catherine D. Perry

_____
Judge Jean C. Hamilton

_____
Judge Carol E. Jackson

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey

_____
Judge Stephen N. Limbaugh, Jr.

_____
Judge Audrey G. Fleissig

_____
Judge John A. Ross

_____
Senior Judge E. Richard Webber

_____
Senior Judge Charles A. Shaw